# Order

Michigan Supreme Court
Lansing, Michigan

September 27, 2006

130610

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

MONYA MALOY, Personal
Representative of the Estate of
Yvonne Maloy, Deceased,
            Plaintiff-Appellee,

v

ST. JOHN DETROIT RIVERVIEW
HOSPITAL, a/k/a ST. JOHN
HEALTH SYSTEM - DETROIT -
MACOMB CAMPUS,
            Defendant-Appellant,

and

ACE HOME CARE NETWORK,
INC., and ASGAR MOHIUDDIN,
M.D.,
            Defendants.

SC: 130610
COA: 267229
Wayne CC: 03-328685-NH

_____/

On order of the Court, the application for leave to appeal the January 20, 2006 order of the Court of Appeals is considered and, pursuant to MCR 7.302(G)(1), in lieu of granting leave to appeal, we REMAND this case to the Court of Appeals for consideration as on leave granted.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 27, 2006

_____
Clerk

l0920